

**FILED**
12/9/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEYZOE WILLIAMS | Case No. **1:21-CR-00745**<br><br>Violation: Title 18, United States Code, Section 922(o)(1)<br><br>**JUDGE COLEMAN**<br>**MAGISTRATE JUDGE FINNEGAN** |

The SPECIAL JULY 2021 GRAND JURY charges:

From on or about February 6, 2021, through on or about August 13, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEYZOE WILLIAMS,

defendant herein, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a loaded Glock, Model 19GEN4, 9mm handgun, bearing serial number AEGT249, which had been converted to shoot automatically more than one shot with a single function of the trigger, and a conversion device, also known as an "auto sear" and "Glock switch," a part designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(o)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock, Model 19GEN4, 9mm handgun, bearing serial number AEGT249, associated ammunition, and the associated conversion device, also known as an "auto sear" and "Glock switch."

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2